In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00233-CV**

_____

**IN THE INTEREST OF C.A.J. AND K.T.J.**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-214,028-C**

**MEMORANDUM OPINION**

Brandon Lee Jacks, Appellant, filed a notice of appeal from a final order in a suit affecting the parent-child relationship. Despite written notices from this Court and an opportunity to cure, to date, Appellant has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. In addition, no clerk's record has been filed, and the clerk responsible for preparing the record in this appeal informed the Court that Appellant did not make arrangements to pay for the record. *See* Tex. R. App. P. 37.3(b). On July 16, 2018, we notified the parties that the appeal would be dismissed unless the filing fee was paid or Appellant filed a motion which

1

states the facts relied upon to reasonably explain the need for additional time to file the record. Appellant did not respond to the Court's notices.

There being no satisfactory explanation for the failure to pay the filing fee for the appeal, and there being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on August 29, 2018
Opinion Delivered August 30, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.

2